**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Angel  Govin                                          Case No: 17-21874-RBR

                                                            Chapter 13

_____Debtor(s)_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

       The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)       ☐       No further action is necessary.

2)       The following actions have been taken:

         ☒       The debtor has filed an objection to the proof of claim filed by
                  World Omni Financial Corp. /c/o Christina V. Paradowski [#2]_____.

         ☐       The debtor has filed a _____amended plan or modified plan to provide
                  for the proof of claim filed by _____.

         ☐       Other: _____
                  _____
                  _____.

       A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _February 22, 2019____.

                            Submitted by:_
                            **ROBERT SANCHEZ, P.A.**
                            Attorney for Debtor
                            355 W 49th Street
                            Hialeah, FL 33013
                            Tel. (305) 687-8008

                            By:_/s/Robert Sanchez_____
                            Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)